UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff-Respondent,<br><br>     v.<br><br>JOSE RODRIGUEZ-BARAJAS,<br><br>             Defendant-Movant. | CASE NO. CR13-5262BHS<br><br>ORDER DENYING MOTION FOR REDUCTION OF SENTENCE |

This matter comes before the court on Defendant-Movant Jose Rodriguez-Barajas' (Rodriguez-Barajas') Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582. Dkt. 34. The court has reviewed the motion and the government's response (Dkt. 39).

Defendant seeks a reduction in sentence based on Amendment 788 to the Sentencing Guidelines which made Amendment 782 to USSG 2D1.1. Because the sentence that Rodriguez-Barajas is serving is already below the low end of the applicable sentencing range as calculated applying the amendments to USSG § 2D1.1, he is ineligible for a reduction in sentence under 18 U.S.C. 3582(c)(2) and his motion should be denied.

NOW, THEREFORE, IT IS HEREBY ORDERED that Rodriguez-Barajas' Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582 is DENIED.

Dated this 20th day of May, 2015.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1